**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Ardex International Company

Case No.: 22-10312

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___81___

    Reason for Adjournment Request: Parties are currently negotiating a potential price to sell all 6 lots as opposed to the current motion only addressing the sale of 4 lots.

    Original Return Date of Motion: 5/29/2024

    Number of prior adjournment request that have been made ___6___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 4/9/2025

Requested Adjourned Hearing Date: 4/23/2025

Requesting Attorney's Name, Office Address, Phone and Email Address:
Michael J. O'Connor, Trustee, O'Connor, O'Connor, Bresee & First, P.C.
20 Corporate Woods Blvd., Albany, NY 12211
(518) 465-0400
moconnor@oobf.com

Consent of All Parties Obtained?  ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Edward Marinstein, Michael Boyle, Terrance Christenson, and Christian Dribuscl

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)