So Ordered.

Signed this 29 day of May, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

ARDEX INTERNATIONAL COMPANY,

*Debtor*.

Case No. 22-10312
Chapter 7

### ORDER DENYING CITY OF TROY'S
### MOTION CONFIRMING COMPLIANCE

On April 29, 2024, the City of Troy filed a motion (the "Motion") to confirm the City of Troy's marketing of certain parcels of real property complied with the Court's previous order granting relief from the automatic stay. (ECF No. 81; *see also* ECF No. 61). On May 21, 2024, Sahag Sukljian and the Chapter 7 Trustee filed opposition to the Motion. (ECF Nos. 85–86). On May 24, 2024, the City of Troy filed a reply to the opposition. (ECF No. 87).

The Court held hearings on the matter on May 29, 2024, August 21, 2024, February 5, 2025 and April 23, 2025, after which the Court requested the parties submit a joint stipulation. (ECF Nos. 89, 93, 98, 100). On May 21, 2025, the City of Troy and Sahag Sukljian submitted the

joint stipulation. (ECF No. 101). On May 28, 2025, the Court held a further hearing on the Motion. (ECF No. 103).

Now, after due deliberation and for the reasons stated on the record, it is hereby

**ORDERED**, that the Motion is denied.

# # #