# MARINSTEIN & MARINSTEIN, ESQS., PLLC

**Attorneys at Law**

EDWARD R. MARINSTEIN

ELLIOTT F. MARINSTEIN (1928 - 2024)

22 First Street - P.O. Box 155
Troy, New York 12181-0155
(518) 274-5034
Fax (518) 274-5039

www.marinsteinlaw.com
Email Address: law@marinstenattys.com

Service by Fax or Other Electronic
Communication Not Accepted

June 13, 2025

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   Ardex International Company - Chapter 7 - Case No. 22-10312

Dear Judge Littlefield:

Pursuant to the recommendation of the Court on May 28, 2025, a conference is being requested in the above matter pursuant to 11 USC §105 to finalize terms of a public sale to comply with the January 13, 2023 Order (Docket 61) that the City of Troy use good faith efforts to market the parcels for sale and proceed with reasonable speed.

On June 12, 2025, Teresa A. O'Connell provided me with a list of dates. I am requesting that the conference be scheduled for July 1, 2025 at 10:00 am (one of the dates I was provided).

Terrance Christenson, Esq. and Michel Boyle, Esq. have consented to said date and time. I spoke with Michael O'Connor, Chapter 7 Trustee. He told me that he will not be attending as there are no creditors and he has no interest in the outcome.

Thank you for your consideration.

Respectfully yours,

EDWARD R. MARINSTEIN

ERM/mam
Enclosures

cc:   Terrance Christenson, Esq.
      Michael Boyle, Esq.
      Michael J. O'Connor, Chapter 7 Trustee